UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEONG-SUK NO,<br><br>      Plaintiff,<br><br>-against-<br><br>FACEBOOK; GMAIL; YAHOO EMAIL; GOOGLE; SKYPE; APPLE,<br><br>      Defendants. | 19-CV-11406 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

  By order dated December 16, 2019, the Court directed Plaintiff, within thirty days, to submit an amended request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, the Court dismisses the complaint without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

  The Clerk of Court is directed to transmit a copy of this order to Plaintiff and note service on the docket.[1] The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: January 24, 2020
    New York, New York

                      COLLEEN McMAHON
                     Chief United States District Judge

---

[1] Plaintiff has consented to receive electronic service of Court filings. (ECF No. 3.)