UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEONG-SUK NO,

                Plaintiff,

-against-

FACEBOOK; GMAIL; YAHOO EMAIL; GOOGLE; SKYPE; APPLE,

                Defendants.

19-CV-11406 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 24, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an amended request to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 24, 2020
            New York, New York

                                                COLLEEN McMAHON
                                        Chief United States District Judge