JEONG SUK NO
123 W13th St #1205 NY NY 10011

[Affidavit]: I, Jeong-Suk No, declare that the following/above is true to the best of my knowledge.
Total pgs: (?)

(Docket #)
NEW (No Vs Roc)
19CV11282
19CV11284
19CV11405
19CV11406
19CV11672
19CV11674
19-2382/19CV2271
19-1623/19CV2275

* This is the "True" Copy of the Original.
* Attachments:

C

JEONG SUK NO
123 W13th St
#1205 NY NY 10011
Jan 22, 2020

[Notice]

— My photomail e-filing Lists
(Dec 2019 ~ Jan 2020), sent out on Jan 22, 2020,
via helpdesk@nysd.uscourts.gov, to Court Clerk's office,
pro se intake office, #105 & #150, 40 Centre St, NY, NY, 10007,
to Mr. Ken & Mr. Ralph (#150), Court Clerk (#105), Mellisa (Ms),
including (opposition to the closed case (#19-1623) &
opposition to the dismissed case (#19-2382))

— I observed Abusing System Affects not only
my family but also Courts, Very Destructive.

— I received the letter from Court on Jan 21, 2020,
[Notice]
*Please, Ralph,
don't let me know
what I do next step
for the letter (noticed)
on form).
& Jan 22, 2020, I sent out the opposition letter to Court, on Jan 21
& Jan 22, 2020, There is mail control at my place,
Salvation Army, as I said multiple times,
previously, since Dec 2019, I submitted opposition to
dismissal (#19-1623)
(#19-2382)

— Abusing System should be ABOLISHED IMMEDIATELY

Total pgs: (  )

(Iphonereceipt
#644)

(4)

JEONG-SUK NO
123 W 13th ST #1205 NY NY 10011

(Filing under) NEW CASES

Docket # No. US pro se (S.Korea)

① 19cv11282
② 19cv11284
③ 19cv11405
④ 19cv11406
⑤ 19cv11622
⑥ 19cv11674
⑦ 19-1623 / 19cv2275
⑧ 19-2382 / 19cv2274 ⑨

(Affidavit): I, Jeong-suk No, declare that the following/above is true to the best of my knowledge.
(Total p: 52)
(+3) (+21) = (74)

* This is the "Original" Documents
* Attachment: (2 pages) (+21) = (23 pages)

*Motions & Evidences

- Motions (On-On (4)) (3p)
- My current (petitical) situation (Indictment) (July 7, 2019) (2p)
- Go "public" & Privacy Act & Personal Info Issue (1p)
- Mail Controlled / My iPhone virused & Retaliation Suit against 4B (2p)
- FRAUD & HYPNOSIS: Abuse by US Government & Surveillance (Jan 20,19, 2020) (1p)
- Abuse by USPS / USPO (2p) (since Jan 2019~) (2p)
- Crimes list (Jan 2019~ current, Jan 2020) (2p)
- Economic Sanction & Medical Records (Criminal Record before/after Presidential Election of S.Korea (Apr 2017) (2p)
- Article 7 of 1998 Rome Statute of the International Criminal Court (UN Genocide Prevention website) (4p)
- My Credit card stolen by B of A (May 8, 2019) (1p)
- Retaliation suit by Salvation Army (Dec 19, 2019) (2p)

(1p) Food Control
(1p) Mail / Phone Control / ID Theft / Social Engineering (Security / Privacy / Note Issues sent into)
(1p) Freedom of speech / Expression
- Banking Issue / CCTV facing me & my room / Someone else into my room w/o my permission while my sleeping
- My Bloody Nose & Noise (Extreme Noise)

(1p) Food / Mail Machine Control & Torture Program
(1p) Having on my life, by Control System
(1p) Opt out of Facial Recognition System / My iPhone & sexual
- Data Transfer (Trans-Pacific Ocean) & Data Disclose (#10103-19.6p)
- Summons & Summons with Notice & Complaints against Bank of America & Salvation Army (July 2019) (#10103-12.6p)

JEONG-SUK NO
123 W 13th St #1205
NY NY 10011
Jan 22, 2020

Incidents Lists (2p) (2017~2019)
Affidavit (Notarized?)
① Dec 19, 2012 (4p)
② NoV 12, 2018 (4p)
③ Criminal History (July 2017) (10p)
④ VISA (1p) (Dec 2018)
I submit the full version of proof, but Redaction required!
*Redaction my personal info

(Total (p): 52+1+(3) (+21) = 74)

*Notice
Abuse System affects not only my family but also Courts
notify the interested parties (Dec 19~ Jan 2020) 'this sent out on Jan 22, 2020, via helpdesk@nysd.

→ to the closed case (#19-1623).
discounts, gov, me by by Opposition